```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
Robert E. Coyle Federal Courthouse
2500 Tulare Street, Room 4401
Fresno, California  93721
Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> GUADALUPE GALARZA, JOSE ELIAS ) <br> ELJIAK, and JOSE ALFONSO ) <br> PADILLA, ) <br> ) <br> ) <br> Defendants. ) <br> ) | 1:08-MJ-00232 GSA <br><br> ORDER FOR DISMISSAL OF COMPLAINT |

   Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein be dismissed against defendants, GUADALUPE GALARZA, JOSE ELIAS ELJIAK, and JOSE ALFONSO PADILLA, without prejudice and in the interest of justice.

   IT IS FURTHER ORDERED that the above named defendants are hereby Ordered Release from Federal custody, forthwith.

DATED: October 3 , 2008          /s Sandra M. Snyder
                                  HONORABLE SANDRA M. SNYDER
                                  U.S. Magistrate Court Judge

1